**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL 4:05CV3009 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT AND DECREE** |
| ALBERT L. ZOOK; COLLECTION | ) | **OF FORECLOSURE** |
| ASSOCIATES, a registered Nebraska | ) | **AND ORDER OF SALE** |
| trade name of The Collection | ) | |
| Agency, LLC, | ) | |
| | ) | |
| **Defendant(s).** | ) | |

This matter is before the Court for determination upon the Complaint filed by the

Plaintiff, United States of America.  The Plaintiff appears by and through its attorneys,

Michael G. Heavican, United States Attorney for the District of Nebraska, and Robert L.

Homan, Assistant United States Attorney for the District.  The Defendants Albert L. Zook

and Collection Associates, a Registered Nebraska Trade name of The Collection Agency,

LLC, failed to answer or otherwise appear or plead to the allegations contained in the

Complaint and the Defendants are in default in this action.

Having examined the record of these proceedings, and having been fully advised

in the premises, the Court finds that is has jurisdiction of these proceedings pursuant to

Title 28, United States Code, § 1345, and that due and legal notice of the pendency of this

action has been given.  The Court has acquired jurisdiction of all the parties.

Each and all of the allegations of Plaintiff's Complaint are true.  The Plaintiff is

entitled to a Decree of Foreclosure and Order of Sale.

The premises herein described will sell to the best advantage in one entire tract.

There is due and owing to the Plaintiff as of April 4, 2005, the principal sum of $15,233.60, plus accrued interest in the amount of $1,779.68, together with interest accruing at the rate of $4.0084 per day from April 4, 2005, until the date of entry of this decree.  Interest will accrue on the sums from and after the date of entry of this decree at the legal rate of 3.33 % computed daily and compounded annually until paid in full. The amount due Plaintiff as stated herein is the first lien on the following described real estate in Nemaha County, Nebraska, to-wit:

> Beginning at a point 360.36 Feet West, and 149.3 Feet South, of the Northeast Corner of Section 21, Township 6, Range 15 East, in Nemaha County, Nebraska; thence running South 164.2 Feet to a point; thence South 60  East 115.47 Feet to a point; thence North 201.02 Feet to a point; thence North 78 51' West 102.17 Feet following the South right-of-way of State Highway No. 67 to the place of beginning, being a part of Lot 1 of 1, now a part of Joy's Addition to Peru, Nemaha County, Nebraska.

Accordingly.

IT IS ORDERED:

1.    Plaintiff's Motion for Default Judgment (Filing No. 8) is granted;

2.    Judgment is entered against Defendants Albert L. Zook and Collection Associates, a Registered Nebraska Trade name of The Collection Agency, LLC. and in favor of the United States of America;

3.    The foregoing findings are made a part of this decree and order and by this reference incorporated herein;

4.    If the costs as indicated below and the several amounts above found due and interest thereon be not paid within twenty (20) days herefrom, all equity

of redemption in the premises be foreclosed and the premises sold as upon execution in one entire tract;

5. The Plaintiff shall apply for and the Clerk of the United States District Court shall issue an Order of Sale;

6. The United States Marshal for the District of Nebraska shall thereupon advertise and sell, according to law, the aforementioned property;

7.  Upon execution, the United States Marshal shall report his proceedings under this Decree and Order to this Court and shall deposit the proceeds of the sale, if any, into the Registry of the Court;

8. Upon confirmation of the sale, the Clerk shall apply the proceeds as follows:

   a. First, to the payment of the costs of the Plaintiff, and to the United States Marshal for service of Summons and Complaint and execution of Order of Sale;

   b. Second, to the payment of the amount found due the Plaintiff with interest thereupon according to law;

   c. Third, to the payment of the costs of the United States Marshal for per diem and special requirements;

   That the Clerk shall retain in the Registry of the Court any surplus from the sale until further order of the Court.

9. The aforementioned costs will be determined, after confirmation of sale, pursuant to the procedures described in Rule 54.1 of the Local Rules of the United States District Court for the District of Nebraska;

10.      And that, upon confirmation by the Court of the sale of the aforementioned

real estate, the United States Marshal shall execute a deed to the

purchaser(s); and the parties of this Decree and Order and all persons

claiming under them are ordered to deliver possession of the real estate to

such purchaser(s).

Dated this 9th day of May, 2005.

BY THE COURT


s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge