## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CIVIL 4:05CV3009** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ALBERT L. ZOOK, COLLECTION** | ) | |
| **ASSOCIATES, a registered Nebraska** | ) | |
| **Trade name of The Collection Agency, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

In the Court's Order dated November 3, 2005, (Filing No. 21), Defendants Albert L. Zook and Collections Associates were ordered to appear at a hearing to determine the distribution of the remaining proceeds from the sale of the property that is the subject of this action.  The Clerk of the Court is not in possession of the defendants' addresses. Accordingly,

IT IS ORDERED:

1.    As soon as is practicable, Plaintiff shall serve a copy of this order and a copy of the November 3, 2005, Order upon Defendant Albert Zook and upon Defendant Collection Associates at their last known addresses, and Plaintiff shall file a certificate of service regarding same; and

2.    Defendants Albert Zook and Collection Associates are ordered to appear before the undersigned on Friday, December 2, 2005, at 1:00 p.m., and be prepared to offer evidence concerning their right, if any, to the remaining proceeds of the sale.

Dated this 16th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Court