IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05CV3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALBERT L. ZOOK, COLLECTION ASSOCIATES, a registered Nebraska Trade name of The Collection Agency, LLC | ) ) ) ) | |
| Defendants. | ) | |

Defendants Albert L. Zook and Collections Associates were ordered to appear at a hearing scheduled for December 2, 2005, to determine the fair and lawful distribution of the remaining proceeds from the sale of the property that is the subject of this action. No person appeared for the hearing. Accordingly,

**IT IS ORDERED:**

1. On or before December 29, 2005, any person claiming an interest in the proceeds from the sale of the property that is the subject of this action shall file a Notice of Claim with this Court in which the nature and extent of the person's interest shall be described; and

2. In the event no Notice of Claim is filed and without further notice, the remaining proceeds shall be distributed to Albert L. Zook.

Dated this 19th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge