## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Case No. 4:05CV3009** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ALBERT L. ZOOK, COLLECTION** | ) | |
| **ASSOCIATES, a registered Nebraska** | ) | |
| **Trade name of The Collection Agency, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

By Order dated December 19, 2005 (Filing No. 25), any person claiming an interest in the proceeds from the sale of the property that is the subject of this action was directed to file a Notice of Claim with this Court on or before December 29, 2005.  To date, no Notice of Claim has been filed.  Therefore, as set forth in the Order dated December, 19, 2005, the remaining proceeds from the sale of the property shall be distributed to Albert L. Zook at his last known address that is on file with the Clerk of the Court.

IT IS ORDERED:

The Clerk of the Court is hereby directed to issue a check made payable to Albert L. Zook in the amount of $6,300.04, representing the balance on the account in this matter; and to mail it Albert L. Zook at his last known address.

Dated this 10th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge